ROGERS LUMBER COMPANY v. JOHN SCHATZEL and Wimbledon Farmers Elevator Company.

(204 N. W. 856.)

Opinion filed June 16, 1925.

PER CURIAM. While the facts in this case differ somewhat from the facts in Rogers Lumber Co. v. Schatzel, ante 837, 204 N. W. 854, the case is controlled by the same principles. This is conceded by respective counsel in their briefs. For the reasons assigned in the above case, the judgment in this case is reversed and the cause dismissed.

CHRISTIANSON, Ch. J., and BIRDZELL, NUESSLE, BURKE, and JOHNSON, JJ., concur.